# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CHANDLER GOLTZ, WIFE OF, AND
JASON GOLTZ

NO.  2021 CW 1424

VERSUS

PARISH OF ST. TAMMANY, THE
ST. TAMMANY PARISH COUNCIL,
ST. TAMMANY PARISH
DEVELOPMENT DISTRICT,
LOUISIANA RIVERBOAT GAMING
PARTNERSHIP-1 D/B/A
DIAMONDJACKS CASINO AND
RESORT, LA. SECRETARY OF
STATE KYLE ARDOIN, LA STATE
SENATOR GARY SMITH, MELISSA
HENRY, CLERK OF COURT ST.
TAMMANY PARISH

**NOVEMBER 23, 2021**

---

In Re:   Chandler Goltz, wife of, and Jason Goltz, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 710518.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.**

JMM
WIL

**Wolfe, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT